IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee Under the Pooling and Servicing Agreement Related to IMPAC Secured Assets Corporation, Mortgage Pass-Through Certificates, Series 2007-1,<br><br>Plaintiff,<br><br>vs.<br><br>CITIBANK, N.A.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 2:09cv324-WHA<br>)<br>)           (wo)<br>)<br>) |
| JOHNNY M. PORTIS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITIBANK, N.A., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 2:10cv001-WHA<br>)<br>)<br>)<br>) |

ORDER

The court having been advised by attorneys for the parties that they have a proposal for proceeding with this case which they wish to discuss at the pre-trial conference, the April 28, 2011 deadlines for exhibit and witness lists and deposition designations are hereby ORDERED suspended, pending the pre-trial conference on May 5, 2011.

Done this 25th day of April, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE